**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece.

Martez Griffin
[Hu]TTONSVILLE Correctional Center
P.O. Box 1
Huttonsville, WV 26273
1:21cv86 [4] 7/8/2021

9590 9402 6321 0296 8175 11

7020 1810 0001 5738 0894

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Clarken
C. Date of Delivery: 7/12/21

D. Is delivery address different from item 1? ☐ Yes ☐ No

FILED
JUL 13 2021
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

3. Service Type:
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053         Domestic Return Receipt